**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ALFONSO PARRA-BALANDRAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-26-2313-PRW** |
| | ) | |
| **TOMMY SHARP,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**REPORT AND RECOMMENDATION**

Petitioner filed this habeas corpus action on August 27, 2026, in the United States District Court for the District of Colorado. Doc. 1.[1] United States District Judge Patrick R. Wyrick referred the matter to the undersigned on August 31, 2026, for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Doc. 6.[2] The undersigned recommends the Court dismiss this action without prejudice based on Petitioner's failure to follow the Court's rules and orders.

---

[1] The District of Colorado transferred the matter to this District because it lacked jurisdiction. *See* Doc. 3. Petitioner is an Oklahoma prisoner confined at the Joseph Harp Correctional Center in Lexington, Oklahoma. *Id*. at 1.

[2] Citations to a court document are to its electronic case filing designation and pagination. Except for capitalization, quotations are verbatim unless otherwise indicated.

## I. Discussion.

On September 1, 2026, the Court ordered Petitioner to cure the deficiencies in his filings by either paying the $5.00 filing fee or applying to proceed in forma pauperis. Doc. 7. The Court gave Petitioner until September 22, 2026, to comply. *Id.* at 1. The undersigned warned Petitioner that a failure to timely comply with the Order could result in the Court dismissing the action. *Id*. The Clerk of Court sent the order and appropriate forms to Petitioner at the address he provided to the Court. *See id*. (court notes). "Papers sent by the court will be deemed delivered if sent to the last known address given to the court." LCvR5.4. As of this date, Petitioner has not responded to the Court's order.

Petitioner appears pro se, but he must follow the same rules as any other litigant. *See Davis v. Kan. Dep't of Corrs.*, 507 F.3d 1246, 1247 n.1 (10th Cir. 2007) (holding a pro se litigant "to the same rules of procedure as other litigants"). The undersigned finds that Petitioner's failure to respond to the Court's order, together with the Court's inherent power to manage judicial resources, warrants dismissal of this action without prejudice. S*ee Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1161 n.2 (10th Cir. 2007) (noting Rule 41(b) permits courts "to dismiss actions sua sponte for a plaintiff's failure to . . . comply with the rules of civil procedures or court's orders"); *Link v.*

*Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (discussing the inherent power of a court to dismiss suits for lack of prosecution).

## II. Recommendation and notice of right to object.

For the reasons set forth above, the undersigned recommends the Court dismiss this action without prejudice.

The undersigned advises Petitioner of his right to file an objection to this Report and Recommendation with the Clerk of this Court by October 23, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72. The undersigned further advises Petitioner that failure to make timely objection to this Report and Recommendation waives his right to appellate review of both factual and legal questions contained herein. *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). This Report and Recommendation disposes of the issues referred to the undersigned Magistrate Judge in the captioned matter.

**ENTERED** this 2nd day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE